1  WILLIAM N. HEBERT (SBN 136099)
   william.hebert@klgates.com
2  RAMIZ I. RAFEEDIE (SBN 215070)
   ramiz.rafeedie@klgates.com
3  **KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP**
4  55 Second Street, Suite 1700
   San Francisco, CA 94105
5  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
6
   Attorneys for Defendants
7  First NLC Financial Services, LLC and Akarsh
   Kolaprath

ORIGINAL
FILED

APR 0 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE DAVENPORT, JR. and STEPHANIE HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NLC FINANCIAL SERVICES, LLC dba THE LENDING CENTER, AKARSH KOLAPRATH, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 06-06803 WHA<br><br>[PROPOSED] ORDER EXCUSING DEFENDANT AKARSH KOLAPRATH FROM ATTENDANCE AT MEDIATION |

1

[PROPOSED] ORDER
CASE NO.: C 06-06803 WHA

1    Having reviewed the request of Defendant Akarsh Kolaprath to be excused from court-
2    ordered mediation and finding good cause therefor,
3    **IT IS HEREBY ORDERED** that pursuant to Local ADR Rule 6-9(d), Defendant Akarsh
4    Kolaprath is excused from personal attendance at mediation.

Dated: 4/9/07                            By: _____
                                              HON. WAYNE D. BRAZIL

2

[PROPOSED] ORDER
CASE NO.: C 06-06803 WHA